PATRICK L. FORTE, State Bar #80050
CORRINE BIELEJESKI, State Bar #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | No. 07-41914 RN |
| **FRANK DIAFELLA SWEIS,** | Chapter 13 |
| Debtor. _____/ | MOTION TO DISMISS CHAPTER 13 CASE AND NOTICE THEREON |

FRANK DIAFELLA SWEIS, debtor herein, hereby voluntarily dismisses his Chapter 13 proceeding.

Unless a party files and serves an opposition to the dismissal within seven (7) days from service of the motion, the Court may grant the requested relief without hearing or further notice. If an objection is timely filed and served, the debtor must schedule a hearing on the motion and the objection to be heard on not less than seven (7), nor more than fourteen (14) days notice to the objecting party, the Chapter 13 Standing Trustee and the United States Trustee.

Dated: September 15, 2010

                                            /s/ Corrine Bielejeski
                                            CORRINE BIELEJESKI
                                            Attorney for Debtor

Case: 07-41914  Doc# 51  Filed: 09/15/10  Entered: 09/15/10 13:38:52  Page 1 of 1